# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN HAMBURG

NO. 2024 KW 0210

**JUNE 3, 2024**

---

In Re:    Kevin Hamburg, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 171833.

---

BEFORE:    **WELCH, WOLFE, AND STROMBERG, JJ.**

    **WRIT DENIED.**

                **JEW**
                **EW**
                **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT